[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-11417
_____

D.C. Docket No. 3:12-cv-1110-HES-JRK

NADIA REGISTE,
individually and as mother, next friend and, natural guardian
of and on behalf of her minor children N. and N. Toussaint,

Plaintiff–Appellant,

versus

LINKAMERICA EXPRESS, INC.,

Defendant–Appellee,

ODAAT TRUCKING, INC., et al.,

Defendants.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(September 20, 2016)

Before TJOFLAT and JULIE CARNES, Circuit Judges, and CONWAY,[*] District Judge.

PER CURIAM:

A vehicle driven at night on an interstate highway by plaintiff Nadia Registe was struck by a reckless driver, causing her to lose control of the vehicle. The vehicle veered toward the right shoulder of the road, spun back across three lanes of traffic, hit a guardrail, and ended up perpendicular to the flow of traffic, resting across almost three lanes of the roadway. Thereafter, a truck owned by defendant LinkAmerica Express, Inc. came upon the scene and collided into Registe's vehicle, causing injury to her and her minor daughter. Plaintiff sued Defendant for negligence. Following a trial, the jury returned a verdict for Defendant, and the district judge entered judgment accordingly.

In this appeal, Plaintiff raises four arguments. First, Plaintiff disputes the district judge's decision to exclude evidence of traffic data collected by a device near the collision. Second, Plaintiff challenges the district judge's refusal to give several of Plaintiff's proposed jury instructions. Third, Plaintiff challenges Defendant's closing argument, which included an argument that Defendant's driver faced an "emergency." And fourth, Plaintiff disputes the district judge's decision to exclude from evidence a trucking manual discussed during trial.

---

[*] The Honorable Anne C. Conway, United States District Judge for the Middle District of Florida, sitting by designation.

After reviewing the parties' briefs and the record, and with the benefit of oral argument, we find no reversible error in the district court's rulings.

**AFFIRMED.**